IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JERRY THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. |
|  | ) 3:21-CV-00103-TRM-DCP |
| MIDLAND CREDIT MANAGEMENT, INC., | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

**COMES NOW** defendant Midland Credit Management, Inc. ("Defendant"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Jerry Thomas against Defendant in this matter.

Defendant, therefore, requests that this Honorable Court give the parties 60 days to file the necessary dismissal papers.

Respectfully submitted this 17th day of August, 2021.

                                       /s/ R. Frank Springfield
                                       R. Frank Springfield (BPR No. 025833)
                                       BURR & FORMAN LLP
                                       420 North 20th Street, Suite 3400
                                       Birmingham, AL 35203
                                       Telephone: (205) 251-3000
                                       Facsimile: (205) 458-5100
                                       fspringfield@burr.com

                                       Attorney for Defendant
                                       MIDLAND CREDIT MANAGEMENT, INC.

# CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail on this the 17th day of August, 2021:

Amy L. Bennecoff Ginsburg
KIMMEL & SILVERMAN, P.C.
30 East Butler Pike
Ambler, PA 19002
teamkimmel@creditlaw.com
*Attorney for Plaintiff*

                                          *s/ R. Frank Springfield*
                                          OF COUNSEL

46149947 v1

2

Case 3:21-cv-00103-TRM-DCP   Document 17   Filed 08/17/21   Page 2 of 2   PageID #: 58